

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2022

No. 04-21-00024-CV

**FFGGP, INC**., as trustee of the Windward Trace 9131 Land Trust,
Appellant

v.

**MTGLQ INVESTORS, LP**, Rushmore Loan Management Services, LLC, and U.S. Bank
National Association, as trustee of TIKI Series IV Trust,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-02266
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Appellees' motions for rehearing and/or en banc reconsideration were due on January 27, 2022. On January 25, 2022, appellees timely filed an unopposed motion for extension of time requesting a two-week extension to file their motions for rehearing and/or en banc reconsideration. The request is granted. Appellees' motions for rehearing and/or en banc reconsideration are due **no later than February 10, 2022.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2022.



_____
Michael A. Cruz,
Clerk of Court